207 U. S.   Cases Disposed of Without Consideration by the Court.

No. 148. ALBERT K. HISCOCK, TRUSTEE, ETC., APPELLANT, *v.* AMERICAN WOOLEN COMPANY OF NEW YORK. Appeal from the United States Circuit Court of Appeals for the Second Circuit. October 14, 1907. Dismissed, per stipulation. *Mr. Will B. Crowley* for appellant. *Mr. Lee M. Friedman* for appellee.

Nos. 182 and 183. THE CHICAGO, ROCK ISLAND AND PACIFIC RAILWAY COMPANY, APPELLANT, *v.* THE TERRITORY OF OKLAHOMA. Appeals from the District Court of Garfield County, Oklahoma Territory. October 14, 1907. Dismissed with costs, on motion of counsel for the appellant. *Mr. M. A. Low* for appellant. No appearance for appellee.

No. 279. AMES REALTY COMPANY, APPELLANT, *v.* THE STATE OF MONTANA ET AL. Appeal from the Circuit Court of the United States for the District of Montana. October 14, 1907. Dismissed, per stipulation. *Mr. N. W. McConnell* for appellant. *Mr. Albert J. Galen* for appellees.

No. 483. ARTHUR U. DENNIS ET AL., PLAINTIFFS IN ERROR, *v.* SYRENUS DAVIS ET AL. In error to the Supreme Court of the State of Washington. October 15, 1907. Docketed and dismissed with costs, on motion of *Mr. John Sidney Webb* for the defendants in error. No one opposing.

No. 66. ABE STRAUSS, PLAINTIFF IN ERROR, *v.* THE COMMONWEALTH OF MASSACHUSETTS. In error to the Superior Court of the State of Massachusetts. October 15, 1907. Dis-